# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Docket no. 10-cr-139-GZS |
| MICHAEL PEDINI, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DETENTION PENDING SENTENCING

Before the Court is the Government's Unopposed Motion for Detention (Docket # 20). The Motion is hereby GRANTED WITHOUT OBJECTION. While the Government represents that the Defendant currently remains in state custody, the Court issues this Order of Detention in order to allow a detainer to be lodged thereby providing for the transfer of Defendant to federal custody if and when he is released from state custody. On September 8, 2010, this Defendant appeared before the Court and pled guilty to one count of conspiracy to violate RICO, in violation of 18 U.S.C. § 1962(d) and one count of conspiracy to commit violence in aid of racketeering in violation of 18 U.S.C. § 1959(a)(6). As a result, Defendant has been found guilty of crimes of violence as defined in 18 U.S.C. § 3156(a)(4) and is subject to detention under 18 U.S.C. 3143(a)(2). The Defendant does not meet any of the necessary criteria for exceptional circumstances that would allow him to avoid detention pending sentencing.

Accordingly, I *ORDER* that the defendant be detained pending sentencing or further order of the Court. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purposes of an appearance in connection with a court proceeding.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 14th day of September, 2010.